IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Carl McGruder #327571, ) | |
| ) | Civil Action No. 6:14-2906-TMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Ofc. Marvin Bryant, ) | |
| Sgt. Shawanda Washington, and ) | |
| Randall Williams, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment (ECF No. 38), and Plaintiff filed a motion for judgment on the pleadings. (ECF No. 45). In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., these matters were referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court grant Defendants' motion for summary judgment and deny Plaintiff's motion for judgment on the pleadings. (ECF No. 50 at 10). Plaintiff was advised of his right to file objections to the Report. (ECF No. 50 at 11). Plaintiff, however, filed no objections to the Report, and the time to do so has now run. Subsequent to the filing of the Report, Plaintiff filed motions for discovery. (ECF Nos. 57 and 58).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but

instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court adopts the magistrate judge's Report (ECF No. 50) and incorporates it herein.  It is therefore **ORDERED** that Defendants' motion for summary judgment (ECF No. 38) is **GRANTED**, and Plaintiff's motion for judgment on the pleadings (ECF No. 45) is **DENIED**.  It is further **ORDERED** that Plaintiff's motions for discovery (ECF Nos. 57 and 58) are **DENIED as MOOT**.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

August 31, 2015
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.